USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/19/2020__



August 19, 2020

**VIA ECF**
Hon. Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Cruz v. Rolyn Studio LLC, Civil Action No. 1:20-cv-04824-AT

Dear Judge Torres,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Wednesday, August 26, 2020 at 11:20 a.m. It is now August 19, 2020 and Defendant has yet to appear in this case. By way of background, Plaintiff has made multiple service attempts at numerous locations without success has just recently served Defendant on August 13, 2020.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

GRANTED.  The initial pretrial conference scheduled for August 26, 2020, is ADJOURNED to **October 5, 2020**, at **10:20 a.m.**  By **September 28, 2020**, the parties shall submit their joint letter and proposed case management plan.

By **September 21, 2020**, the plaintiff shall file affidavits of service.

SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge