# PUTNEY, TWOMBLY, HALL & HIRSON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2020

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX (212) 682-9380
PUTNEYLAW.COM

TAXPAYER I.D. NO. 13-5504670

**MEMO ENDORSED**

October 12, 2020

> **The telephonic Initial Case Management Conference scheduled for Monday, October 26, 2020 at 12:00 p.m. is hereby rescheduled to Monday, December 7, 2020 at 12:00 p.m.  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.**
>
> **SO ORDERED:**
>
> /s/ Katharine H. Parker
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 10/13/2020

**BY ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: <u>Cruz v. Rolyn Studio LLC</u>, Civil Action No. 1:20-cv-04824 (KHP)

Dear Judge Parker:

This firm represents defendant in the above-captioned matter, and we write on consent of plaintiff for an adjournment of the Initial Case Management Conference before Your Honor scheduled for October 26, 2020.

The parties have settled this matter in principle, but will need additional time to prepare a Release agreeable to the parties.

This suit was originally assigned to Judge Analisa Torres, but the parties agreed to the assignment before Your Honor and was so ORDERED on September 10, 2020.

There was some delay before Judge Torres since defendant was unaware of the suit until served on or about August 13, 2020.  An extension of time to Answer was granted September 2, 2020 and the Answer was filed September 21, 2020.  The Conference scheduled before you October 26 is the Initial Conference.  Plaintiff consents to this request, and the parties in accord with your Individual Practices 1(f), propose rescheduled dates of November 25 and November 30.

Respectfully submitted,

/s/

Jerome P. Coleman

cc:   Joseph H. Mizrahi, Esq. (via ECF)