```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAEL CRUZ, on behalf of himself and
all others similarly situated,

                              Plaintiff,

            -against-

ROLYN STUDIO LLC,

                             Defendant.
-----------------------------------------------------------------X

20-CV-4824 (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light the Stipulation of Dismissal filed on November 18, 2020 (doc. no 22) the Initial Case Management Conference scheduled for **December 7, 2020** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
               November 19, 2020

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge